# Exhibit 1

Case 7:25-cv-00158   Document 1-1   Filed 04/09/25   Page 2 of 24



US007831475B2

(12) **United States Patent**
Baril et al.

(10) **Patent No.:** **US 7,831,475 B2**
(45) **Date of Patent:** **Nov. 9, 2010**

(54) **REMOTE ORDERING SYSTEM**

(75) Inventors: **Daniel Joseph Baril**, Hampton, NH (US); **Raymond Joseph Barbuto**, Dagsboro, DE (US); **Thomas Joseph Druan, Jr.**, Watertown, CT (US)

(73) Assignee: **E-Meal, LLC**, Haverhill, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 373 days.

(21) Appl. No.: **11/757,998**

(22) Filed: **Jun. 5, 2007**

(65) **Prior Publication Data**

US 2009/0132379 A1    May 21, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/867,740, filed on Nov. 29, 2006.

(51) **Int. Cl.**
**G06Q 20/00**    (2006.01)

(52) **U.S. Cl.** ...................................... **705/16**

(58) **Field of Classification Search** ................... 705/15, 705/26, 27, 37
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,534,888 | A | 7/1996 | Lebby et al. |
| 6,788,283 | B1 | 9/2004 | Blotky et al. |
| 6,871,325 | B1 * | 3/2005 | McNally et al. ............. 715/810 |
| 6,968,151 | B2 | 11/2005 | Redford et al. |
| 7,454,370 | B2 | 11/2008 | Baril et al. |
| 2002/0026364 | A1 * | 2/2002 | Mayer et al. .................. 705/15 |
| 2002/0147647 | A1 * | 10/2002 | Ragsdale-Elliott et al. .... 705/15 |
| 2003/0046166 | A1 | 3/2003 | Liebman |

| | | | |
|---|---|---|---|
| 2003/0050854 | A1 | 3/2003 | Showghi et al. |
| 2003/0078793 | A1 | 4/2003 | Toth |
| 2004/0143503 | A1 | 7/2004 | Suthar |
| 2005/0049940 | A1 | 3/2005 | Tengler et al. |
| 2005/0071232 | A1 | 3/2005 | Frater |
| 2006/0085265 | A1 * | 4/2006 | Dietz et al. ................... 705/15 |
| 2007/0061209 | A1 | 3/2007 | Jackson |
| 2007/0144835 | A1 | 6/2007 | Zhang |
| 2008/0032276 | A1 | 2/2008 | Zheng |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1746484 A1 | 1/2007 |
| WO | 2005015463 A1 | 2/2005 |

OTHER PUBLICATIONS

SuiteLinq(TM) Launches Custom Search Powered by Google(TM) Within its Hospitality Portal. Business Wire , p. NA Aug. 1 , 2006.*

(Continued)

*Primary Examiner*—Vanel Frenel
*Assistant Examiner*—R. Shay Glass
(74) *Attorney, Agent, or Firm*—Finch & Maloney PLLC

(57) **ABSTRACT**

A remote ordering system is provided using an electronic menu having a series of input devices corresponding to various menu items aligned with the input devices, and a wireless transmitter to send selected menu items to a receiving device for processing. A display to show selected menu items, an alpha-numeric keyboard, a non-cash payment device, and a printer for receipts are also contemplated for increased functionality.

**16 Claims, 15 Drawing Sheets**



**US 7,831,475 B2**

Page 2

## OTHER PUBLICATIONS

International Search Reported and Written Opinion mailed May 21, 2008 issued in PCT Application No. PCT/2007/088199, 15 pages.

Kasavana, eMenus: The Future is NOW!, Club Management, Oct. 2004, pp. 118-127.

Motion Computing Serves Up Tablet PC 'E-Menu' for Holiday Inn Restaurants, ProQuest Business Wire the Global Leader in News Distribution, Jun. 22, 2004, 2 pages.

Sanchez, Technology at the Table, ProQuest, Nov. 4, 2006, 3 pages, Press—Telegram Long Beach, California.

U.S. Appl. No. 60/867,740, filed Nov. 29, 2006.

Notice of Allowance dated Oct. 15, 2008 issued in U.S. Appl. No. 11/940,303, 10 pages.

Order and Pay at the Table, Nation's Restaurant News, Feb. 2, 2009, p. 41, vol. 43, No. 4, Lebhar-Friedman, Inc., 425 Park Av., New York, NH 10022.

Lisa Terry, Restaurants aim to boos sales with mobile apps, Nation's Restaurant News, Mar. 2, 2009, 3 pages, vol. 43, No. 8, Lebhar-Friedman, Inc., 425 Park Av., New York, NH 10022.

\* cited by examiner

Case 7:25-cv-00158   Document 1-1   Filed 04/09/25   Page 4 of 24



**FIG. 1**



**FIG. 2**



**FIG.3**

Case 7:25-cv-00158   Document 1-1   Filed 04/09/25   Page 6 of 24



410
421
422

423
424
425

**Credit Card Payment Center**

Lift to Open

Start   Verify Order   Place Order   Check

490

**Welcome to eMeal**

Where you can order your complete meal from our innovative user-friendly Menu. Simply follow the instructions below.

If at any time you need help simply press the button at the top of the Menu.

1. Press the **Start button** at the top of the Menu to begin.

2. Using the **Yellow tabs** look over the food options offered.

3. Once you decide on an item simply press a **Blue button** next to the arrows pointing to it. The selected item and price will then appear on the screen.

4. Continue to make all your selections. When finished with your choices push the **Verify button** to confirm your selections are correct.

5. If satisfied with your order press the **Place Order button** which will send your order to the kitchen.

6. When finished with your meal press the **Check button** to receive your check.

7. To make any change(s) use the **Navigation Keys** at the bottom of the screen. Use the **Arrow buttons** to move **Up or Down** on the screen. Highlight the item to be deleted by pressing the **Select button**, then press **OK** to delete it.

430
440
450
480
460

471  472  473  474

UP   DOWN   SELECT   OK

Beverages
Appetizers
Salads
Specials
Entrees
Soups
Pasta
Desserts

**FIG. 4**

400

Case 7:25-cv-00158   Document 1-1   Filed 04/09/25   Page 7 of 24



**FIG. 5**     400



**FIG. 6**

400



**FIG. 7**

400



**Credit Card Payment Center**

Lift to Open

Start     Verify Order     Place Order     √ Check

**Salads** 440     800     460

Oriental Chicken Salad...............$5.85

Italian Caesar Salad....$6.25

Fried Chicken Salad...$6.75

Pecan Crusted Chicken Salad...........................$8.50

Apple Chicken Walnut Salad.........................$6.75

Fresh Garden Greens .$4.50

Select Your Favorite Dressing

Balsamic Vinigerette     Italian

Olive Oil & Vinegar     Honey Mustard

1000 Island     Russian

Blue Cheese     House

**480**

Ranch     Deletions

*Press the OK key to continue*

UP     DOWN     SELECT     OK

471     472     473     474

Caesar Salad.................$ 6.50

Iceberg Wedges..............$3.75

Tri Color Salad................$7.75

Cole Slaw........................$2.50

Add Sausage to Selection Additional Charge..........$4.25

Add Lobster to Selection Additional Charge...$5.50

Salads     Specials     Entrées     Soups     Pasta     Desserts

**FIG. 8**     400

Case 7:25-cv-00158   Document 1-1   Filed 04/09/25   Page 11 of 24



**FIG. 9**



**FIG. 10** 400

Case 7:25-cv-00158    Document 1-1    Filed 04/09/25    Page 13 of 24



**FIG. 11**



**FIG. 12**

400



**FIG. 13**

400



**FIG. 14**



**FIG. 15**

400

Case 7:25-cv-00150    Document 1-1    Filed 04/09/25    Page 18 of 24



**FIG. 16**

US 7,831,475 B2

**1**

# REMOTE ORDERING SYSTEM

## CROSS REFERENCE TO RELATED APPLICATION

This application claims benefit of U.S. Provisional Patent Application Ser. No. 60/867,740, titled "Remote Ordering System" filed Nov. 29, 2006.

## FIELD OF TECHNOLOGY

The present invention relates generally to remote ordering systems, and more particularly the invention relates to a remote ordering system that combines the utilization of electronic and traditional printed menus having at least one page of items, selection switches to select the items, and a transmitter to send an order including the selected items to a receiving device to process the order.

## BACKGROUND

Ordering from a menu typically includes reading from the menu and making a selection that must be remembered while waiting for an employee to come over and transcribe the order to a piece of paper. After the employee takes the order, the piece of paper is delivered to an order processing area to process the selections. The employee then delivers the selections, and at some later time, the employee must be present to receive payment for the selection. This reliance on the employee to deliver the order and be present for payment can significantly slow the entire ordering and payment process. The desire for more efficient order management and a streamlined customer experience has therefore led to the development of the present inventive concept.

Some current methods for addressing the aspects of ordering or payment fall short. Some current remote ordering systems utilize electronic menus that suffer from undesirable complexity and high cost. An example is an electronic menu that consists primarily of a tablet personal computer (tablet pc) having a large touch-screen display on which all menu options and ordering icons are displayed. The touch-screen is typically made of transparent touch-panels overlaying a liquid crystal display to provide an interactive digitized menu interface. The tablet pc is made to be a robust computing machine capable of tasks such as word processing, spreadsheet manipulation, or virtually any other software need relying on considerable operating system, processing and memory requirements. The adoption for use in menu-ordering is therefore typically a software program running through a standard operating system such as WINDOWS. This reliance on an underlying operating system to run menu applications can make the platform unstable and susceptible to crashing.

Another drawback to the current electronic menus is that complex electronic devices employing the aforementioned touch-panel-display electronic menus are costly to manufacture and repair. Standard tablet pc's are susceptible to damage. The touch-panels and screens are typically layered glass or other brittle materials, and therefore inherently fragile and can possibly shatter if dropped, bent, or if too much force is applied to it, such as one's elbow being placed on the screen. Tablet pc's are generally not manufactured to be used around liquids or food items, and can be easily damaged by them.

Power requirements of tablet pc's are also a concern. Backlighting requirements as well as substantial processor and memory requirements of the prior art menus require significant power to run. A drawback of increased power require-

**2**

ments is the production of significant heat that requires active cooling to dissipate it. Cooling devices for internal components use venting to accommodate air exchange to the interior of the devices. That venting can provide openings for spilled beverages, cleaning supplies, or any other liquid to enter the devices and damage or destroy it.

## SUMMARY

An ordering system that empowers a customer with the ability to order and pay without the need of an employee or other wait-staff is the focus of the present invention.

The present inventive concept is primarily directed at a remote ordering system using an electronic menu that overcomes the undesirable standoffish, fragile, and vulnerable characteristics of other proposed solutions.

In particular, the invention relates to an apparatus comprising at least one page listing a plurality of items; an input means for selecting one of the items; and a feedback means for confirming selection of the item.

The invention also relates to an electronic menu comprising: a series of pages listing menu items; a grouping of input devices that correspond to the locations of menu items on a page; and a display device for displaying information regarding input from the input devices.

The invention further relates to a method of ordering comprising: opening a menu having at least one menu page, an input device, and a feedback mechanism; turning to a desired page of the menu; selecting an item from the menu using the input device; confirming a menu item was selected by referencing the feedback mechanism; and sending the selected items to a remote location for processing.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages of the present invention will be better understood upon consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. **1** shows a front view of a preferred embodiment of the invention.

FIG. **2** shows a cross section of a portion of the preferred embodiment of FIG. **1** along line **2-2**.

FIG. **3** shows a front view of a second preferred embodiment of the invention.

FIGS. **4-16** show a third preferred embodiment of the invention in various stages of use.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention relates to any type of remote ordering device.

In one preferred embodiment, the inventive concept relates to an electronic food menu **100** with selection means **110** in the form of membrane switches, a display **120**, and a remote transmitting device **130**, as seen in FIG. **1**. A graphical overlay (not shown) is preferably printed upon the menu **100** overlaying the selection means **110** to provide various selections.

When a customer is seated at a table, the menu **100** is made available to them either from the wait staff or from a docking station at the table. A food selection is made by utilizing a series of selection means **110** that correspond to selections for a desired meal. Separate selection means **110** can be included on the menu and be designated with appropriate markings to

US 7,831,475 B2

3

accomplish tasks such as signifying a completed order or calling a server to the table or to cycle through various other functions of the menu. The graphical overlay can be periodically replaced to reflect new selection options, and the membrane switch designations can be updated accordingly with appropriate software. Once the order is complete, the ordering information is sent to a receiving device for processing.

A preferred embodiment of the selection means 110 is a membrane switch 210 shown in cross-sectional detail in FIG. 2. FIG. 2 shows a coating layer 220 wrapping around the edges of the menu. While the coating layer is shown as a continuous unitary layer, various sealing methods can be employed at the edge to join two or more layers of coating material together to form a liquid-resistant barrier. Membrane switch 210 is made of a first conductive material 221, a second conductive material 222, and a switch portion shown as an elevated pressing portion 211 of outside coating 220 and corresponding biased region 223 of first conductive material 221. When the pressing portion 211 is depressed by a user, the biased region 223 of first conductive material 221 comes into contact with the second conductive material 222 and a selection is sensed. The membrane switches can further be provided with a visual feedback device (not shown), such as an LED, movable graphic, or other visual indexing apparatus, to show that a particular membrane switch 210 has been selected, and in some circumstances, how many times the membrane switch 210 has been depressed, for example, to indicate a desired quantity of a desired menu item. This visual feedback device may be employed with or without a separate display. Other configurations having similar functionality to the above described membrane switch, such as a membrane switch having a flat or concave pressing portion that is depressed to activate the switch, are also contemplated.

The remote transmitting device 130 is shown in FIGS. 1 and 3 as an external antenna; however, as an alternative to or in conjunction with the external antenna, an internal antenna, docking station, network cable (such as a phone line or Ethernet cable), or infrared transmitter can also be used. The remote transmitting device can use wireless data transmission such as infrared beam or radio waves (including typical 802.11 standards, BLUETOOTH technology, or cellular phone bandwidth) or wired data transmission to send an order, along with identifying information such as name, table number or general location, to a receiving device 140 located, for example, in a food preparation area of a restaurant, to an inventory location, or to a wait-staff location. The receiving device can be a standard personal computer running a software program to receive and process orders sent from the electronic menus, or it can be a specialized device developed solely for use with the electronic menus. Additionally, the menu's can communicate with other menus, providing an ability to send messages, pay for all or just selected items, play games, or otherwise interact.

In a further embodiment shown in FIG. 3, the remote ordering system can include a payment device 310, a printer 320, or an alpha-numeric keyboard 330.

In a third preferred embodiment shown in FIGS. 4-16, the invention relates to an electronic menu 400 having a plurality of menu pages 460 with menu items 500 listed thereon (see FIG. 5), a series of selection means 440 to select items listed on the menu page 460s 460, and a display 480 to provide visual feedback of the selected items. Menu pages 460 are held in menu 400 by rings 430, or any other known page retention solutions. Menu pages 460 are preferably separated into sections labeled with tabs 450. The sections can include items such as Beverages, Appetizers, Salads, Specials,

4

Entrees, Soups, Pizza, Pasta, Dessert, or any other grouping of items, food related or otherwise.

The remote transmitting device 130 is shown in FIGS. 1 and 3 as an external antenna. A similar external antenna can be used with menu 400 shown in FIG. 4. As an alternative to or in conjunction with the external antenna, an internal antenna, docking station, network cable (such as a phone line or Ethernet cable), or infrared transmitter can also be used. The remote transmitting device can use wireless data transmission such as infrared beam or radio waves (including typical 802.11 standards, 802.05 standards, BLUETOOTH technology, or cellular phone bandwidth) or wired data transmission to send an order, along with identifying information such as name, table number or general location, to a receiving device 140. Menu identification can be accomplished through by appending a particular menu identification number to an order, or a menu can be actively identified by user input, GPS triangulation, wireless triangulation, RFID transmission, or IP address.

The remote transmitting device 130 communicates with a receiving device 140 located, for example, in a food preparation area of a restaurant, to an inventory location, or to a wait-staff location. The receiving device can be a standard personal computer running a software program to receive and process orders sent from the electronic menus, or it can be a specialized device developed solely for use with the electronic menus. The communication can be two way between the menu and a receiving device 140. The ordering system can also have three or more components that communicate with one another, such as at least one menu, at least one receiving station, and at least one broadcast station, each of which being able to communicate with one or more of at least one menu, at least one receiving station, and at least one broadcast station.

Display 120 as seen in FIG. 1 and display 480 as seen in FIG. 4 (hereinafter "display 120/480") can be a light emitting diode display (LED), organic light emitting diode display (OLED), a liquid crystal display (LCD), or electrophoretic display (EPD) used in e-ink or e-paper products. Display 120/480 can be color, black & white, grayscale, or a combination of displays. Display 120/480 can be provided with a backlight to increase visibility in low-light conditions. Display 120/480 can be capable of displaying text corresponding to items selected from one of the menu pages. Display 120/480 can also show item-related information such as item prices, descriptions, or meal options such as sides, toppings, dressing, or others accompaniments. The ability for display 120/480 to reproduce graphics, animations, video, etc. is also contemplated. Display 120/480 may also be flexible or rigid. A flexible display 120/480 can preferably allow a membrane switch placed beneath the screen to be depressed by applying pressure to a portion of the screen.

In a preferred embodiment, the electronic menu includes reading lights incorporated into the menu. The reading lights can be in the form of backlighting or an attached external light that illuminates the pages of the menu for low-light visibility.

The display 120/480 provides information regarding the type of food ordered, the quantity of food ordered, and the price of the food ordered. The display 120/480 can also provide other information such as various options for food items (e.g. fries or mashed potatoes); sizes (e.g. a large soda versus a small soda); doneness (e.g. well done versus medium rare); special requests (e.g. "hold the onions"); upselling requests (e.g. "would you like a drink?"); nutritional information; allergy precautions; wait time; server name; business or advertising graphics; or any other informational or decorative indications desired. Also, the display 120/480 can be used to provide non-menu items such as games, puzzles, or trivia.

US 7,831,475 B2

5

The display **120/480** can furthermore be used to request information from customers regarding typical survey information drawn to the quality of the services rendered, as well as personal information to be used for marketing purposes. When used in conjunction with transmitting device **130**, the display can be used to show incoming or outgoing text-messages from others nearby, remotely, or even using other pre-existing messaging services.

The menu pages can be made similar to that of standard menu pages, such as a series of printed pages listing menu items. In some embodiments, the menu items can be provided with images that further describe them. The pages can include, for example, paper or plastic that can be inserted directly into the menu or can be inserted or laminated in a protective sheath. The page may also be formed with e-ink or e-paper that can be updated easily.

As seen in FIG. **4**, the invention includes a page indexing means **490** for updating the selection means to correspond to new items listed on subsequent pages. The page-indexing means can include a detector along the side or bottom of menu **400** to sense the page to which the menu is turned. Page indexing means **490** also includes some indication of page number such as optical, magnetic or electrical measures in each of tabs **450** or along an edge of menu page **460**. When this information is known, the selection means **440** can be updated to reflect varying items on different pages. For example, on a first page, a selection means can correspond to item A, but when the page **460** is turned, that same selection means can correspond to an item B. The page indexing means **490** can include optical sensors, magnetic switches, physical switches, etc. Page indicators, such as magnetic, reflective, mechanical, or radio-frequency measures, can be located in or on the menu page **460**, laminate, or sheath. It is noted that the reflective measures used for page indexing can reflect specific wavelengths of light, such as ultraviolet, visible, microwave, or other suitable wavelength. In one embodiment, the menu can be provided with an initialization procedure whereby the locations of pages **460** can be learned by opening the menu **400**, and turning the pages. Upon sensing each turned page **460** as is triggers the page indexing means **490**, the menu is calibrated to the ordering of each successive menu page **460**. This way, information stored in the menu's memory for Appetizers, for example, will be associated to the Appetizer's page regardless of the order in which the menu pages are assembled. Alternatively, the menu pages can be stored in a pre-set order corresponding to a pre-set storage methodology where Appetizer's, for example, must appear on a certain page number.

In a preferred embodiment, the selection means **440** can be situated along at least one edge of the display. As seen in FIG. **5**, selection means **440** located alongside the display **480** can function to select items listed on menu items **500** located on a menu page adjacent a first portion of the selection means **440**, as well as to select optional items **800** (see FIG. **8**) located on the display adjacent a second portion of the selection means **440**.

In one embodiment, the selection means are in the form of membrane switches. The membrane switches are preferably water resistant, durable, and able to provide tactile feedback to a user. Alternative input devices can include a joystick having a protrusion that can be manipulated in a variety of directions to correspond to selection of a menu item; a scroll-wheel having a peripheral region capable of sensing rotation, where clockwise rotation scrolls through a list of items in one direction and counterclockwise rotation scrolls through the list in an opposite direction; or verbal input through a microphone and in conjunction with speech recognition software.

6

Selection means **440** can also be areas on a touch screen overlaid on the surface of the display that correspond to words or symbols on the display beneath the touch screen.

A set of service buttons **421-425** can be included on the menu that correspond to various functions such as initiating menu ordering **422**, calling for a waiter/waitress **425**, verifying an order **421**, placing an order **423**, or requesting a check **424**.

The alpha-numeric keyboard **330** can be used to enter various information regarding the meal including special instructions, requests, or comments. Also, the alpha-numeric keyboard **330** can be used to accommodate any of the various functions described above in conjunction with the display **120**.

Payment means **310/410** can include either contact or non-contact payment devices. The payment means **310/410** can accept credit, debit, or gift cards employing magnetic stripes. Alternatively, the payment device can access wireless payments from a smart-chip, such as a smart card or payment fob, or other non-contact information system such as near-field communication RFID devices, wireless or cellular payment using a stand-alone device such as a cellular phone or personal digital assistant (PDA).

The menu can be used to pre-pay for a meal before ordering, similar to the way payment at a gas-pump is pre-authorized before pumping. Payment can also be made using cash by calling the waitress using a service button located at or near the menu. Additionally, when there are multiple menus used at each table, each menu can have the option to pay for the items purchased from other menus at the same table. Payment for items at another table can also be accomplished.

In a preferred embodiment, the feedback means is a display with input means being in the form of a touch screen overlaying the display. With this configuration, the touch screen can function as a signature pad to digitally capture the customer's signature for verification or record-keeping. This digital signature may be optionally printed on a receipt or invoice to preserve a hard copy of the transaction.

Alternatively, a resistive or conductive separate touchpad or electric signature pad **1640** as in FIG. **16** can be used to capture signatures, biometric, or forensics information. Because this input device can capture written information through a stylus **1650** or other gesture based input device, including a user's finger, it may further be used to input information not related to payment uses, such as adding special requests to an order or to fill in suggestions for the establishment.

The menu can be powered by any of a number of available methods. These available methods include wireless power, rechargeable batteries, replaceable batteries, solar power, or mechanically stored energy. In a preferred embodiment, rechargeable batteries are stored within the menu and are charged via non-contact, or inductive, charging. This is usually accomplished by having one set of coiled wire encircled by another set of coiled wire, where current flowing through one of the coils induces a current flow in the other set of coils. This induced current is then used to charge a battery. It should be noted that inductive current can be achieved using any conductive materials, and the invention involving non-contact or inductive charging is not limited to encircled coils of wire.

The menu is preferably constructed and arranged so as to be durable and rugged. Because of the use around food and drink, the display should be substantially fluid-resistant. The circuit can be sealed by a gasket or encapsulated in a fluid-resistant material. Furthermore, a flexible circuit can be used to allow for a certain degree of pliability of the menu. Simi-

larly, the display can be made of a flexible material such, such as that used in e-ink or e-paper displays.

The menu may include audio feedback to indicate that a selection has been made, or that some other event has been triggered. This can include an incoming message from the kitchen saying the meal is ready, it can be related to advertising, it can be user-provided music from a customer's storage device, or music selected from a virtual jukebox accessible through the menu.

The menu may also provide feedback in the form of smell. Various chemicals can be released from the menu to simulate certain desired smells. These smells can correspond with food items or can be provided to deliver a certain environmental experience such as the outdoors.

The menu can provide for language options to accommodate various spoken languages. For example, the menu can include a first grouping of pages in one language followed by a second grouping of pages in a second language. Alternatively, the menu pages can be swapped out to provide alternative languages. In either case, the central display would likewise be updated depending on the language displayed on the pages.

In a preferred embodiment, the menu can be associated with a central docking station located at each table. The central docking station can provide various support functions for the menu such as printing capabilities, wired or wireless transmission means, a recharging station to recharge the menu's batteries if batteries are present, an electricity transmission means for wireless powering of the menu, and a place to store the menus when not is use.

In a preferred embodiment, the electronic menu includes a printer **320** connected to the menu. Printer **320** can be part of the menu itself or located at the table. Printer **320** can be used for printing receipts, coupons, or other desirable printed material. Printer **320** can be a simple receipt printer for providing the customer a hard copy of their order. The printer can be directly attached to the menu, as shown in FIG. **3**, or a separate device at the customer's table or at some remote location.

Because the electronic menus are preferably wireless handheld devices, anti-theft means could be employed to prevent customers from leaving the restaurant with the menus. Such anti-theft devices could be radio-frequency identification (RFID) tags, tethers, location tracking to locate a menu location and an indicator of when the menu leaves a predefined area, or any other known antitheft devices employed on merchandise, clothing, or laptop computers.

A separate software program is contemplated to provide a user-friendly method of creating menu pages or a graphical overlay for an electronic menu herein described, where the program can assign new menu items to corresponding input means locations and update the menu's computer program accordingly. The updating can be achieved either wirelessly or through a physical connection, to match up with the newly printed media. The menu program can include additional functions such as a tip calculator. It should be noted that a preferred embodiment of the electronic menu of the present invention, the program used to run and update the electronic menu uses a low-level programming language such as C++ that can be stored on a chip, as opposed to an application that requires an operating system to interface with the hardware. This improves reliability, decreases required processing power and memory requirements, requires little to no cooling, and takes up less room than a typical tablet pc or laptop running an operating system.

FIGS. **4-16** show an exemplary step-by-step method of using the menu. The menu **400** can include a payment structure that allows a user to pay for a set of selected items. FIG. **4** shows the instructions for use that are printed on the back of the Beverages or first menu page **460**. This is the first page a customer sees upon opening the menu **400**. The pages contain the specific fare offered and the orientation technology selection keys **471-474** are used to change choices or delete any previously selected items. The OK selection key **474** is pressed to indicate when the selection(s) on any menu page **460** are completed.

FIG. **5** shows a sample appearance of display **480** after customer presses the start button **422** and turns page **460** to the "Appetizer" section before making a selection. The Table #, Date, Time and Menu # appear on the display **480** along with the "Welcome to the XYZ Restaurant" Greeting and the Instructions to make selections using the Selection means **440** on either side of the display **480**. The Greeting and Instructions disappear once the first selection is made.

FIG. **6** shows the appearance of display **480** after a customer makes two selections from the listed pages, here under Appetizer fare. An abbreviated or shortened description for each item appears on the display **480** with the price. Customer is instructed to press the OK selection key **474** and turn to the next page **460** to make another selection. Alternatively, the page can be turned without pressing the OK selection key **474**.

FIG. **7** shows the appearance of display **480** after a customer makes two selections from the listed Salad fare. An abbreviated or shorten description appears on the display **480** with price. Once the Green Salad is selected a different screen appears on display **480** that allows the user to select options **800** (in this case, salad dressing) as shown in FIG. **8**.

FIG. **8** shows the appearance of display **480** after a customer activates the selection means **440** next to and option **800** displayed on the display **480**, which is BLUE CHEESE in the drawing. Once the selection means **440** is pressed, some indication of its selection can be displayed, such as an increase in font or an underlining of the option **800**. When the OK selection key **474** is pressed the display **480** for FIG. **9** appears. The customer turns the page once again to a new list of items as shown in FIG. **10**. In addition to options **800**, an option to delete items from a selection may also be employed to tailor a menu item to a customer's liking.

FIG. **10** shows the appearance of display **480** after a customer makes a selection from the listed Entree menu. An abbreviated or shorten description appears on the display **480** with price. Whenever a beef Item Is selected and the OK selection key **474** is pressed, cooking options appear. The customer uses the selection means **440** to choose the desired cooking method listed on the display **480**. Once the selection means **440** is pressed, some indication of its selection can be displayed such as increased font or underlining.

FIG. **11** shows the appearance of display **480** after a customer makes three selections from the list of cooking instructions and options **800** using the selection means **440**. Once all the options are selected, the OK selection key **474** is activated to move on to the screen as shown in FIG. **12**.

FIG. **13** shows another possible screen where available side dishes are displayed. The customer uses the selection means **440** to make 2 selections with some indication of their selection such as increased font or underlining. When the customer presses the OK selection key **474**, confirmation is displayed as seen in FIG. **14**.

FIG. **15** shows a screen on display **480** after the customer finishes making all his selections and the verify order button **421** is pressed. The display **480** can then display the total order cost amount. If satisfied the customer activates the place

order button **423** to send the order directly to a receiving device **140** (as discussed above).

FIG. **16** shows payment means **410** in greater detail. After the check request button **424** is activated and a notification is received by the wait-staff, a check will be delivered to the table and presented to the customer who pressed the check request button **424**. The check can list just the items listed on the requesting menu, or alternatively, can produce a list of menus **1660** at a common table that can be paid for. In one embodiment, there is a master menu that receives order information, including prices, from the other menus, and all order sending and payment is done through the master menu. This could provide better control over family or group ordering, and streamline the payment process.

As seen in FIG. **16**, after activating the check request button, selection keys **471-474** can be pressed to select menus to pay for. In one embodiment, pre-determined gratuities are displayed on display **480** to simplify tip calculation. The selected tip can then be added to the bill total. Cover **1610** of payment means **410** is opened to reveal a payment keypad having an alphanumeric keyboard **1620**, a card swiper **1630**, a signature pad **1640**, and a stylus **1650** to sign the signature pad **1640**. The keyboard **1620** can be used to input a security code such as a pin number, calculate a custom gratuity, or to serve as a calculator or alpha-numeric input device for payment and non-payment functions. If the customer wishes to pay by cash the wait staff is so informed when the check is delivered. The display **480** turns off when the bill is paid. The card swiper **1630** can be substituted with any other previously described payment means such as a non-contact receiver or wired internet connection.

The inventive concept for an electronic menu described above can be used in any field that may employ a menu, such as spa services, health and beauty care, movie or other performance theaters, concession stands, educational testing, means for conducting surveys, means for voting, or any business offering a limited number of products that can be displayed on a menu.

A revenue generating scheme based on supply and maintenance of menu service is also contemplated. Under this scheme, a revenue stream is provided to the menu provider as a percentage of sales accrued through menu use. The menu use can be in any field where the menus could be used as detailed above.

While several embodiments of the present invention have been described and illustrated herein, those of ordinary skill in the art will readily envision a variety of other means and/or structures for performing the functions and/or obtaining the results and/or one or more of the advantages described herein, and each of such variations and/or modifications is deemed to be within the scope of the present invention. More generally, those skilled in the art will readily appreciate that all parameters, dimensions, materials, and configurations described herein are meant to be exemplary and that the actual parameters, dimensions, materials, and/or configurations will depend upon the specific application or applications for which the teachings of the present invention is/are used. Those skilled in the art will recognize, or be able to ascertain using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. It is, therefore, to be understood that the foregoing embodiments are presented by way of example only and that, within the scope of the appended claims and equivalents thereto, the invention may be practiced otherwise than as specifically described and claimed. The present invention is directed to each individual feature, system, article, material, kit, and/or method described herein. In addition, any combi-

nation of two or more such features, systems, articles, materials, kits, and/or methods, if such features, systems, articles, materials, kits, and/or methods are not mutually inconsistent, is included within the scope of the present invention.

All definitions, as defined and used herein, should be understood to control over dictionary definitions, definitions in documents incorporated by reference, and/or ordinary meanings of the defined terms.

The indefinite articles "a" and "an," as used herein in the specification and in the claims, unless clearly indicated to the contrary, should be understood to mean "at least one."

The phrase "and/or," as used herein in the specification and in the claims, should be understood to mean "either or both" of the elements so conjoined, i.e., elements that are conjunctively present in some cases and disjunctively present in other cases. Other elements may optionally be present other than the elements specifically identified by the "and/or" clause, whether related or unrelated to those elements specifically identified, unless clearly indicated to the contrary.

All references, patents and patent applications and publications that are cited or referred to in this application are incorporated in their entirety herein by reference.

What is claimed is:

**1**. A system comprising:

a first customer menu apparatus and a second customer menu apparatus, each of the apparatuses comprising:

at least one display listing a plurality of items;

an input means for allowing a customer to select one of the items;

a feedback means for confirming selection of the item, wherein said feedback means includes a feedback display, and said input means includes a touch screen overlaying said feedback display capable of selecting options appearing on said feedback display; and

wherein the system is constructed and arranged to allow a first customer and a second customer to communicate with each other via the first and second customer menu apparatuses.

**2**. The system of claim **1** wherein the input means is capable of selecting items from each of a plurality of display pages.

**3**. The system of claim **1** wherein the input means comprises a series of stationary input devices that are aligned with the items on the at least one display.

**4**. A system comprising:

a first customer menu apparatus and a second customer menu apparatus, each of the apparatuses comprising:

a listing of menu items on a touch screen;

a grouping of input devices that correspond to the locations of menu items on the touch screen;

a display device for displaying information to one of a first customer and a second customer regarding input from the input devices; and

wherein the system is constructed and arranged to allow the first and second customers to communicate with each other via the first and second menu apparatuses.

**5**. The system of claim **4** wherein said first apparatus is configured to pay for items ordered from said second apparatus.

**6**. The system of claim **4** wherein a first user can communicate to a second user via the first and second menu apparatuses.

**7**. The system of claim **4** wherein each apparatus comprises at least one service button configured to alert a server of a requested service.

**8**. The system of claim **4** wherein the display device includes advertisements.

**11**

**9**. The system of claim **4** wherein at least one of the apparatuses further comprises a payment device.

**10**. The system of claim **9** comprising a touch screen that can serve as a signature pad to authorize payments made through said payment device.

**11**. The system of claim **4** wherein a list of selected items is sent to a remote location for processing.

**12**. The system of claim **7**, wherein said at least one service button includes a button to request that the server bring a check to the table.

**13**. A method of ordering comprising:

a first customer opening a first menu apparatus having at least one menu display, an input device, a feedback mechanism, and a payment device;

the first customer viewing a desired page of the first menu apparatus;

the first customer selecting an item from the first menu apparatus using the input device;

**12**

the first customer confirming a menu item was selected by referencing the feedback mechanism;

the first customer sending the selected items to a remote location for processing; and

the first customer sending information from the first menu apparatus to a second customer operating a second menu apparatus.

**14**. The method of claim **13** further comprising the step of adding preferences from a list of available options to selected items.

**15**. The method of claim **13** comprising using the payment device on the second menu apparatus to pay for an item ordered via the first menu apparatus.

**16**. The method of claim **13** further comprising the step of reading an instruction page on the menu before the step of selecting.

\* \* \* \* \*