Exhibit 2

Charted Claims:

Method Claim: 13

| US7831475B2 | Famous Dave's Website/App ("Accused Instrumentality") |
|---|---|
| 13. A method of ordering comprising: a first customer opening a first menu apparatus having at least one menu display, an input device, a feedback mechanism, and a payment device; | The accused instrumentality practices a method of ordering (e.g., group ordering) comprising: a first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) opening a first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu) having at least one menu display (e.g., menu displayed on the screen of the computer/mobile device enabled with the accused instrumentality), an input device (e.g., keyboard/touch screen input of the computer/mobile device enabled with the accused instrumentality), a feedback mechanism (e.g., remove, edit, proceed to checkout, etc, options), and a payment device (e.g., first computer/mobile device enabled with the accused instrumentality used as a payment device).<br><br>As shown below, the accused instrumentality i.e., Famous Dave's Website/App practices providing a method of ordering (e.g., group ordering) by the first customer using a first computer/mobile device enabled with the accused instrumentality. The computer/mobile device enabled with the accused instrumentality comprises its menu page displayed on the screen of the device. The first user can select an item from the menu page using the keyboard of the computer device/touch screen input of the mobile device & the feedback mechanism and can pay using the computer/mobile device enabled with the accused instrumentality that also acts as a payment device. |



https://www.famousdaves.com/

https://play.google.com/store/apps/details?id=com.famousdaves.app



https://www.famousdaves.com/



first menu apparatus

https://www.famousdaves.com/rewards



https://play.google.com/store/apps/details?id=com.famousdaves.app



https://www.famousdaves.com/Menu



input device

https://www.famousdaves.com/rewards



ST. LOUIS RIB-N-CHICKEN CO…                    $24.99

*Country-Roasted Chicken, Creamy Coleslaw, Famous Fries*

Qty:        — 1 +                    **REMOVE   EDIT**

**ADD ANOTHER MENU ITEM**

feedback mechanism

Enter a promo code                              **APPLY**

Subtotal                                        $24.99
Estimated Tax                                   $2.18

**TOTAL**                                       **$28.63**

**PROCEED TO CHECKOUT**

https://www.famousdaves.com/Menu

https://www.famousdaves.com/Order/Checkout/45ba5b79-c58e-4b8f-9faf-7b88bb90fbab

| the first customer viewing a desired page of the first menu apparatus; | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) viewing a desired page (e.g., menu page of the accused instrumentality) of the first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu). |



https://play.google.com/store/apps/details?id=com.famousdaves.app



first menu apparatus

https://www.famousdaves.com/rewards

| the first customer | The accused instrumentality practices the first customer (e.g., first user using the first |

| | |
|---|---|
| selecting an item from the first menu apparatus using the input device; | computer/mobile device enabled with the accused instrumentality) selecting an item from the first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu) using the input device (e.g., keyboard/touch screen input of the computer/mobile device enabled with the accused instrumentality). |



https://play.google.com/store/apps/details?id=com.famousdaves.app



first menu apparatus

https://www.famousdaves.com/rewards



input device

https://www.famousdaves.com/rewards

| | |
|---|---|
| the first customer confirming a menu item was selected | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) confirming a menu item was selected by referencing the feedback mechanism (e.g., remove, edit, proceed to |

| by referencing the feedback mechanism; | checkout, etc, options).<br><br><br><br>https://www.famousdaves.com/Menu |
|---|---|



https://www.famousdaves.com/Menu

| the first customer sending the selected items to a | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) sending the selected items to a remote location (e.g., the accused instrumentality's kitchen/outlet, etc,) for |
|---|---|

| remote location for processing; and | processing. |
|---|---|
| |  https://www.famousdaves.com/Menu |



https://www.famousdaves.com/Menu

| | |
|---|---|
| the first customer sending information from the first menu apparatus to a second customer operating a second menu apparatus. | The accused instrumentality practices the first customer (e.g., first user using the first computer enabled with the accused instrumentality) sending information (e.g., sharing of group order information link via a text or an email) from the first menu apparatus (e.g., first computer enabled with the accused instrumentality's menu) to a second customer (e.g., second user using a second computer enabled with the accused instrumentality) operating a second menu apparatus (e.g., second computer/mobile device enabled with the accused instrumentality's menu). |
| | As shown below, the accused instrumentality i.e., Famous Dave's Website/App practices providing the first user (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) with the ability to share the group order information from its own computer device/ mobile device to all the participants via a link to add their menu selections to the Group order using their own computer/mobile devices. |



first menu apparatus

https://www.famousdaves.com/rewards



https://www.famousdaves.com/online-ordering-help

https://www.famousdaves.com/



**GROUP ORDERING**    X

**YOUR GROUP'S ORDER LINK**

Copy and share this unique link to invite others to your group:

https://www.famousdaves.com/GroupOrder/JoinGroup?groupOrderId=1    information

**ADD TO ORDER `DEADLINE`**

As the host you control when the group order is placed, but this time provides your group members with a deadline. Please note that the order ready times available may vary depending on the size of your group's order.

07-02-2025    03:19

https://www.famousdaves.com/Menu